Brenda Brown Rotramble
Attorney at Law
401 S. Trinity
Decatur, Texas 76234
Ph. 940/627-6612
Bar # 17319500

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE   Troy Lee Boyd ) | Case No.10-44327 |
| and Susan Boyd ) | |
| ) | |
| Debtor ) | Chapter 13 |

**MOTION FOR ORDER SHORTENING NOTICE
ON MOTION TO EXTEND STAY**

**Comes now the above-captioned debtors, by and through their attorney, Brenda Brown Rotramble, and file this Motion for Order Shortening Notice on their Motion to Extend Stay.  This Motion is necessary To comply with 11 U.S.C. §362(c)(3)(B), and the U.S. Bankruptcy Court Clerk's notice 06-06.**

**Debtors filed their Chapter 13 case on July 1, 2010. The next Court hearing date falls on July 21, 2010, the 20th day after filing of said Motion.**

**Therefore, Debtor's request that the Court enter an Order Shortening Notice on this Motion to Extend Stay.**

**Respectfully submitted,**

**/s/Brenda Rotramble**
Brenda Rotramble
Attorney for Debtors
401 S. Trinity
Decatur, Tx 76234
940-627-6612
Bar 17319500